Attorneys for Plaintiff(s), Geraldine Handy Burrell, Sonya Renee Burrell and Russell Wayne Burrell

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Index No.: 06-04216 CRB <br> MDL NO. 1699 <br> District Judge: Charles R. Breyer |
| Robert Minvielle, Geraldine Handy Burrell, Sonya Renee Burrell, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Pfizer, Inc., et al. <br> Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff(s), Geraldine Handy Burrell, Sonya Renee Burrell and Russell Wayne Burrell, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 9/25, 2009     By: _____
Robert L. Salim
LAW OFFICE OF ROBERT L. SALIM
1901 Texas Street
Natchitoches, LA 71457
Phone: 877.807.2924 (toll-free)
Fax: 318.354.1227
Attorneys for Plaintiff(s), Geraldine Handy Burrell, Sonya Renee Burrell and Russell Wayne Burrell

DATED: Oct. 21, 2009     By: _____
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Defendants' Liaison Counsel

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

DATED: OCT 2 8 2009     _____
Hon. Charles R. Breyer
United States District Court

-1-